UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID LOCKE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 05-1422** |
| **ALVIN JONES, WARDEN** | * | **SECTION: "I"(5)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of David Locke for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this ____1st____ day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE